```
ORDER - Minute Entry, Transferring Cs to T/Dist Crt of Guam
 8/5/98  1     COMPLAINT filed Summons(es) Issued referred   to  Discovery
Rosalyn M. Chapman (bg) [Entry date 08/10/98]
[2: 98cv6345]

 8/13/98   2    ORDER by Judge William D. Keller re: Motion practice. (1k)
[Entry date 08/18/98] [2:98cv6345]

8/28/98   3    ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 224 (Related  Case)
filed. [ Related Case no.: CV97-7023 HLH (RCx)] Case transferred from Judge
William D. Keller to Judge Harry L.  Hupp for all further proceedings. The
case number will now  reflect the initials of the transferee Judge [
CV98-6345  HLH (RCx)] (cc: all counsel) (jc) [Entry date 08/31/98] [2 :
98cv6345]

9/8/98   5    SUPPLEMENTAL ORDER OF CONSOLIDATION by Judge Harry L. Hupp Case
consolidated CV 97-7023; 98m11237; CV 98-6278; CV  98-6299; CV 98-6300; CV
98-6308; CV 98-6311; CV 98-6319; CV  98-6336; CV 98-6337; CV 98-6339; CV
98-6341; CV
98-6343; CV  98-6344; CV 98-6345; CV 98-6365; CV 98-6805; & CV 98-6806.
Further procd are as set forth in the 8-1798 Ord entitled  "Discov Plan &
Scheduling Order. (et) [Entry date 10/30/98]
 [2: 98cv6345]

10/2/98   4    WAIVER OF SERVICE of SUMMONS by defendant Serco Management  Svc
sent by plf on 8/24/98 signed by R. Kern atty for dft on 8/26/98 (tw) [Entry
date 10/05/98] [2:98cv6345]

10/23/98   6    ANSWER filed by defendant Serco Management Svc, defendant
Serco Group Inc, defendant Serco Inc, defendant Serco Group  Plc, defendant
Barton ATC Intl Inc, defendant
Barton ATC Inc to complaint [1-1]; jury demand (et)    [Entry date
11/02/98]   [2:98cv6345]

11/2/98   7    ANSWER filed by defendant USA to complaint [1-1] (related to
MDL 1237) (lori) [Entry date 11/05/98] [2:98cv6345]

3/22/99   8    STIPULATION filed by USA for leave to file  third party
complaints (Relates to MDL 1237, cv   98-6466;   98-6334; 98-6336; 98-6344;
98-6337; 98-6343; 98-6345; 98-6338;  98-6342; 98-6339; 98-6465; 98-6341;
98-6463)   (shb)  [Entry date 03/25/99]
[2:98cv6345]

3/26/99   9    ORDER by Judge Harry L. Hupp that the USA is granted leave  to
file 3rd pty cmp in case #`s (MDL 1237, cv 98-6466;  98-6334; 98-6343;
98-6345; 98-6338; 98-6342; 98-6339; 98-6465; 98-6341; 98-6463) (shb) [Entry
date 04/08/99]   [2:98cv6345]

3/30/99    10    THIRD-PARTY COMPLAINT: by defendant USA; adding Korean  Air
Lines Co; Summons not issued (Relates to MDl 1237, cv  98-6334; 98-6336;
98-6344; 98-6337; 98-6343; 98-6338;  98-6342; 98-6465; 98-6341; 98-6463)
(shb)  [Entry date 04/08/99]
[2:98cv6345]

4/22/99    11    NOTICE OF CHANGE Of Address filed by Korean Air Lines re
Condon & Forsythe (RE MDL 1237) (shb) [Entry date 04/23/99] [2: 98cv6345]

5/4/99    12    WAIVER OF SERVICE of SUMMONS by third-party defendant  Korean
Air Lines Co sent by plf on 4/14/99 [Relates to MDL # 1237] (et) [Entry date
05/05/99]    [2:98cv6345]
```

6/10/99   13   ANSWER TO THIRD PARTY COMPLAINT [10-1] by third-party defendant Korean Air Lines Co (Relates to MDl 1237, cv  98-6466; 98-6334; 98-6336; 98-6344; 98-6337; 98-6343;  98-6345; 98-6338; 98-6342; 98-6339; 98-6465; 98-6341; 98-6463) (shb) [Entry date 06/17/99] [2:98cv6345]

6/10/99   13   COUNTERCLAIM by third-party defendant Korean Air Lines Co against third-party plaintiff USA cntdft Serco Management  Svc; summons not issued (Relates to MDL
1237, cv 98-6466;  98-6334; 98-6344; 98-6337; 98-6336;; 98-6343; 98-6345; 98-6338; 98-6342; 98-6339; 98-6465; 98-6341; 98-6463) (shb) [Entry date 07/09/99] [2:98cv6345]

7/8/99   14   ANSWER TO cross claim incorrectly labeled COUNTERCLAIM of Korean Air Lines Co [13-1]   by counter-defendant Serco  Management Svc (Relates to MDl 1237, cv 98-6466; 98-6344;  98-6337; 98-6343; 98-6345; 98-6338; 98-6342; 98-6339;  98-6465; 98-6341; 98-6463)   (shb) [Entry date 07/09/99]  [2: 98cv6345]

7/8/99   14   COUNTERCLAIM by counter-defendant Serco Management Svc  against counter-claimant Korean Air Lines Co ; summons not  issued (Relates to MDl 1237, cv 98-6466;
98-6334; 98-6336;  98-6344; 98-6337; 98-6343; 98-6345; 98-6338; 98-6342; 98-6339; 98-6465; 98-6341; 98-6463) (shb)   [Entry date 07/09/99] [2:98cv6345]

7/15/99   15   ANSWER TO COUNTERCLAIM of Serco Management [14-1] by counter-defendant Korean Air Lines Co (Relates to MDL 1237,  cv 98-6466; 98-6334; 98-6344; 98-6337; 98-6343; 98-6345; 98-6338; 98-6342; 98-6339; 98-6465; 98-6341; 98-6463) (shb)
[Entry date 07/19/99] [2:98cv6345]

8/4/99   16   STIPULATION and ORDER by Judge Harry L. Hupp for leave to  file first amd cmp (Relates to MDL 1237) (shb)  [Entry date 08/12/99] [2:98cv6345]

8/4/99   17   FIRST AMENDED COMPLAINT [1-1] by plaintiff Sun Bun Bang, plaintiff Ho Choul Kang; adding Korean Air Lines Co; jury  demand. Summons not issued (Relates to MDL 1237) (shb)  [Entry date 08/12/99] [2:98cv6345]

8/12/99     SUMMONS issued as to defendant Korean Air Lines Co on first   amd cmp (Relates to MDL 1237) (shb) [Entry date 08/12/99]    [2: 98cv6345]

8/18/99   18   ANSWER TO COUNTERCLAIM [13-1] by counter-defendant USA (Relates to MDL 1237) (shb) [Entry date 08/19/99] [2: 98cv6345]

10/1/99   19   ANSWER filed by defendant USA   to FIRST amended complaint [17-1] (relates to MDL 1237)    (pbap) [Entry date 10/07/99]   [2: 98cv6345]

10/1/99   20   STIPULATION and ORDER by Judge Harry L. Hupp tht the ti  of dft, USA, to ans Plfs' 1st Amd Cmp be extd to and includ  10/1/99 for the following cmps: Cv-98-6466
(AHN), CV 98-6334 (CHOI) , CV -98-6336 (HAN) , CV-98-6344 (HONG) , CV -98-6337 (HUR) , CV-98-6343 (JUNG) , CV-98-6345 (KANG) CV-98-6338 (Lee, Jong) , CV-98-6342 (LEE, GOUN) , CV-98-6339 (LEE,HAN), CV-98-6465 (PARK), CV-98-6341 (SEO), and
CV-98-6463 (YOON) (pbap) [Entry date 10/28/99] [2: 98cv6345]

1/21/00   21   ANSWER filed by defendant Korean Air Lines Co to 1st  amended complaint [17-1] (pbap) [Entry date 02/01/00] [2: 98cv6345]

5/31/00    23    NOTICE OF MOTION AND MOTION by defendant USA to dismiss  the
case improperly fld in the USDC in the alt, to transfer  cases improperly fld
in the USDC to the USDC
for the Dist of  Guam; motion hearing set for 9:30 6/21/00 (relates to MDL
NO. 1237) (yl) [Entry date 06/21/00] [Edit date 06/21/00] [2:98cv6345]

6/7/00    22    OPPOSITION by plaintiff Sun Bun Bang to to USA's mot to  dism
or transfer to USDC of Guam (shb) [Entry date 06/09/00]  [2: 98cv6345]

6/14/00    24    REPLY by defendant USA in suppt of it's motion to dismiss  the
case improperly fld in the USDC [23-1], motion to  transfer cases improperly
fld in the USDC to the USD0 for
the Dist of Guam [23-2] (relates to MDL NO. 1237) (yl) [Entry date 06/21/00]
[Edit date 06/21/00] [2:98cv6345]

7/3/00    25    ERRATA sheet to dft USA's reply memo in supprt of motion  to
dismiss the case improperly fld in the USDC [23-1], motion  to transfer cases
improperly fld in the USDC to the
USDC  for the Dist of Guam [23-2] (pbap) [Entry date 07/05/00]
[2: 98cv6345]

7/31/00    26    DECLARATION of Brian J. Alexander by plaintiff Steering
Committee (pbap) [Entry date 08/01/00] [2:98cv6345]

7/31/00    27    SURREPLY by plaintiff Steering Committee in Opp re  [23-1], re
[23-2] (pbap) [Entry date 08/03/00] [2:98cv6345]

8/2/00    32    INTERVENOR'S COMPLAINT by intervenor Korean Labor Welfare
Corporation; summons issued (shb) [Entry date 09/11/00]  [2 : 98cv6345]

8/7/00    28    NOTICE of Lien by intervenor plaintiff Korean Labor  Welfare
Corp (re: MDL 1237) (pbap) [Entry date 08/09/00]
[2: 98cv6345]

8/7/00    29    RESPONSE by defendant USA to plfs' Surreply in Opp to  motion
to dismiss the case improperly fld in the USDC  [23-1], to motion to transfer
cases improperly fld in the  USDC
to the USDC for the Dist of Guam [23-2] (pbap)  [Entry date 08/10/00]
[2:98cv6345]

8/10/00    30    NOTICE OF MOTION AND MOTION by plaintiff Steering  Committee
re choice of law on the issue of damages agnst dfts US,  Serco & KAL ; motion
hearing set for 10:00 8/28/00 Lodged ord (pbap) [Entry date 08/11/00]
[2:98cv6345]

8/10/00    31    MEMORANDUM IN SUPPORT by plaintiff Steering Committee of
motion re choice of law on the issue of damages agnst dfts  US, Serco & KAL
[30-1] (pbap) [Entry date
08/11/00]  [2: 98cv6345]

9/1/00    33    First AMENDED COMPLAINT IN INTERVENTION for statutory and
equitable subrogation for damages [32-1] by intervenor  Korean Labor Welfare;
adding Korean
Labor Welfare . Summons not issued (shb) [Entry date 09/11/00] [2:98cv6345]

9/21/00    34    ANSWER filed by defendant Serco Management Svc to amended
complaint [33-1]; jury demand (re: MDL 1237) (pbap)  [Entry date 09/25/00]
[2:98cv6345]

9/26/00    35    ANSWER filed by defendant USA to 1st amended complaint [33-1]
. (re: MDL 1237) (pbap) [Entry date 09/28/00]
[2: 98cv6345]

```
3/7/01    36    WITNESS list submitted by defendant Korean Air Lines Co  (MDL
98 1237) (dw) [Entry date 03/08/01] [Edit date 03/08/01] [2: 98cv6345]

3/7/01    37    MEMO OF CONTENTIONS OF FACT and LAW by defendant Korean  Air
Lines Co (MDL No 1237) (dw) [Entry date 03/08/01]  [2: 98cv6345]

3/7/01    38    STIPULATION filed tht the plf shl hv an ext until 3/12/01  to
fi their jnt exh lst, wit lst, and memo of contentions  of fact and law
(pbap) [Entry date 03/09/01]  [2: 98cv6345]

3/7/01          LODGED/PROPOSED ORDER submitted (FWD TO CRD) (pbap)  [Entry date
03/09/01] [2:98cv6345]

3/9/01    39    ORDER by Judge Harry L. Hupp tht plfs shl hv an ext until
3/12/01 to fi their jnt exh lst, wit lst, and memo of  contentions of fact
and law. This ext shl in no way affect  other
pretrial subm dates. (pbap) [Entry date 03/13/01]  [2 : 98cv6345]

3/12/01   40    Jnt exh lst. (re: MDL 1237) (pbap) [Entry date 03/13/01]  [2 :
98cv6345]

3/12/01   41    WITNESS list submitted by plaintiffs (re: MDL 1237)  (pbap)
[Entry date 03/15/01] [2:98cv6345]

3/12/01   42    MEMO OF CONTENTIONS OF FACT and LAW by plaintiff (re:  MDL
1237) (pbap) [Entry date 03/15/01] [2:98cv6345]

3/19/01   43    OPPOSITION by plaintiffs to Korean Air Lines Co., Ltd's
response (raised in connection with United States' motion to str plf's expert
wits. (re: MDL 1237) (pbap) [Entry date
03/20/01] [2:98cv6345]

3/22/01   44    NOTICE OF MOTION AND MOTION by defendant Korean Air Lines  Co
in limine to exclude all liability evid or evid  relating to conduct of dfts
at dm trials (dw) [Entry date
03/26/01] [2:98cv6345]

3/28/01   45    MINUTES: by Judge Harry L. Hupp; ; pretrial conference on
1:30 4/9/01 The revised PTC order shall contain the  following elements: (see
mins) CR: Cynthia L. Mizell (yc)
[Entry date 04/04/01] [2:98cv6345]

4/4/01    46    STIPULATION and ORDER by Judge Harry L. Hupp that plfs &  dft
Korean Air Lines Co Ltd shall have until 4/11/01 to  file joint P/T Ord & amd
exh list; The pretrial conference is cont to 1:30 4/18/01 (dw) [Entry date
04/11/01]  [2 : 98cv6345]

4/4/01    47    MINUTES: ORDER RE PRE-TRIAL CONFERENCE ORDERS. Liability issues
are already preserved by having been raised and  rejected previously. In the
alternative, Plaintiffs'  counsel may preserve this issue by reiterating in
the new  pre-trial conference orders their objection to the Court's  ruling
pecluding liability issues. by Judge Harry L. Hupp  CR:
Cynthia Mizell (Relates to MDL 1237, 98-6334, 98-6344,  98-6337, 98-6343,
98-6345, 98-6338, 98-6341) (shb)  [Entry date 04/12/01] [2:98cv6345]

4/5/01    48    MINUTES: Cnsl for the following cases: 98-6334; 98-4500;
98-6345; 98-6344; 98-6343; 98-6342; 98-6341; 98-6337;  98-6388; 98-6316;
98-6806; 98-5450; 98-6369; 98-2243;
98-6389; 99-13513; 99-7226; 99-13527; 99-13508; 98-6387 are  advised of the
PTC set for 4/18/01, 1:30 pm. If you have  any questions concerning this
minute ord, please contact  the crt
```

clerk at (213) 894-5216 by Judge Harry L. Hupp CR: not present (pbap) [Entry date 04/16/01]    [2:98cv6345]

4/11/01   LODGED PTC ord (re: cv-98-6345) (FWD TO CRD) (pbap)  [Entry date 04/16/01]    [2:98cv6345]

4/11/01 49   FIRST AMD WITNESS list submitted by plaintiff. (re: 98-6345) (pbap) [Entry  date 04/18/01] [2:98cv6345]

4/11/01 50   JNT EXHIBIT list. (re: Mi Ra Kang) (pbap) [Entry date 04/18/01] [2:98cv6345]

4/12/01 51   FIRST AMD WITNESS list submitted by defendant Korean Air Lines Co (re: Kang, Ho Choul) (pbap) [Entry date 04/19/01] [2: 98cv6345]

4/18/01 52   MINUTES: pretrial conference held & Contd to 10:00 5/30/01 by Judge Harry L. Hupp CR: Carmen (pbap) [Entry date 04/24/01] [2:98cv6345]

4/18/01 53   MINUTES: PTC ORDER. All OSCs are vacated by Judge Harry  L. Hupp CR: Cynthia L. Mizell **see MO for detailed info** (pbap) [Entry date 04/24/01] [2:98cv6345]

4/20/01 54   WITNESS list submitted by intervenor Korean Labor  Welfare (pbap) [Entry date 04/25/01] [2:98cv6345]

4/20/01 55   EXHIBIT list by intervenor Korean Labor Welfare (pbap) [Entry date 04/25/01] [2:98cv6345]

4/27/01 56   NOTICE OF MOTION AND MOTION by intervenor Korean Labor Welfare for protective order re: plfs' depo ntc of Rim Hwa Young ; motion hearing set for 9:00 5/23/01 (dhl)
[Entry date 05/03/01] [2:98cv6345]

4/27/01 57   DECLARATION of Robert L Wallan by intervenor Korean  Labor Welfare in suppt of motion for protective order re: plfs' depo ntc of Rim Hwa Young [56-1] (dhl) [Entry
date 05/03/01] [2: 98cv6345]

4/27/01 58   PROOF OF SERVICE by intervenor Korean Labor Welfare on 4/27/01 of ntc of mot & mot for protective ord, decl in suppt; svd by fax on Frank G Fleming & Brian J Alexander
& svd by mail on attached svc list. (dhl) [Entry date 05/03/01] [2:98cv6345]

5/2/01   59   NOTICE OF MOTION AND MOTION by defendant USA to dismiss  KLWC's claims for lack of subject matter jurisdiction ;  motion hearing set for 10:00 5/30/01 (dhl) [Entry date 05/03/01] [2:98cv6345]

5/2/01   60   NOTICE OF MOTION AND MOTION by intervenor Korean Labor  Welfare re: subrogation ; motion hearing set for 10:00 5/30/01 (dhl) [Entry date 05/04/01] [2:98cv6345]

5/2/01   61   DECLARATION of Rebecca N Kaufman by intervenor Korean  Labor Welfare in suppt of motion re: subrogation [60-1] (dhl)  [Entry date 05/04/01] [2:98cv6345]

5/2/01   62   DECLARATION of Jin Su Yune by intervenor Korean Labor  Welfare in suppt of motion re: subrogation [60-1] (dhl)  [Entry date 05/04/01] [2:98cv6345]

5/2/01   63   DECLARATION of Hwa Young Lim by intervenor Korean Labor Welfare in suppt of motion re: subrogation [60-1] (dhl)  [Entry date 05/04/01] [2:98cv6345]

5/2/01    64    PROOF OF SERVICE by intervenor Korean Labor Welfare on  5/2/01
of mot re: subrogation, decl of Hwa Young Lim, decl  of Jin Su Yune, decl of
Rebecca N Kaufman & proof
of svc;  svd on attached svc list by mail. (dhl)  [Entry date 05/04/01]
[2:98cv6345]

5/2/01    65    BRIEF FILED by defendant Korean Air Lines Co re: KLWC claims
(dhl) [Entry date 05/04/01] [2:98cv6345]

5/2/01    66    DECLARATION of Jennifer J Johnston by defendant Korean Air
Lines Co in suppt of brief [65-1] (dhl)  [Entry date 05/04/01] [2:98cv6345]

5/2/01    67    DECLARATION of Eun Young Jung by defendant Korean Air  Lines Co
in suppt of brief [65-1] (dhl)  [Entry date 05/04/01] [2:98cv6345]

5/2/01    68    NOTICE OF MOTION AND MOTION by plaintiffs for summary   judgment
; motion hearing set for 10:00 5/30/01 (dhl) [Entry date 05/04/01]
[2:98cv6345]

5/2/01    69    MEMORANDUM IN SUPPORT by plaintiffs of motion for summary
judgment [68-1] (dhl) [Entry date 05/04/01] [2:98cv6345]

5/2/01    70    DECLARATION of Francis G Fleming by plaintiffs in suppt of
motion for summary judgment [68-1] (dhl)  [Entry date 05/04/01]
[2:98cv6345]

5/3/01    71    MINUTES: vacating hearing re motion for protective order  re:
plfs' depo ntc of Rim Hwa Young [56-1], and will not be  considered, due to
plf-in-interventions's failure to fiea
jnt stip, as required by Local Rules by Magistrate Judge  Rosalyn M. Chapman
CR: none (pbap) [Entry date 05/07/01]
[2: 98cv6345]

5/4/01    72    NOTICE OF DISCREPANCY AND ORDER by Judge Harry L. Hupp  plfs'
ntc of mot & mot for summ jgm; (2) memo of P&A's; (3)  decl of Fleming; (4)
stint of uncontrov facts rcd on 5/2/01  are to be filed and processed. (pbap)
[Entry date 05/15/01]  [2: 98cv6345]

5/16/01    73    OPPOSITION by defendant Korean Air Lines Co to motion  re:
subrogation [60-1] (dhl) [Entry date 05/17/01]
[2: 98cv6345]

5/16/01    74    DECLARATION of Jennifer J Johnston by defendant Korean  Air
Lines Co in suppt of opp to motion re: subrogation [60-1] (dhl) [Entry date
05/17/01] [2:98cv6345]

5/16/01    75    OPPOSITION by plaintiffs to motion re: subrogation  [60-1]
(dhl) [Entry date 05/17/01] [2:98cv6345]

5/16/01    76    OPPOSITION by intervenor Korean Labor Welfare to motion  to
dismiss KLWC's claims for lack of subject matter jurisdiction [59-1] (dhl)
[Entry date 05/17/01] [2: 98cv6345]

5/16/01    77    DECLARATION of Jin Su Yune by intervenor Korean Labor  Welfare
in suppt of KLWC's opp to plfs' & dfts' briefs re: subrogation [60-1] (dhl)
[Entry date 05/17/01] [2 : 98cv6345]

5/16/01    78    Suppl DECLARATION of Hwa Young Lim by intervenor Korean  Labor
Welfare in suppt of KLWC's opp to dfts' & plfs' briefs re: subrogation [60-1]
(dhl) [Entry date
05/17/01] [2: 98cv6345]

5/16/01   79   RESPONSE by intervenor Korean Labor Welfare to KAL's  brief re: KLWC's subrogation claims [60-1] (dhl) [Entry date 05/17/01] [2:98cv6345]

5/16/01   80   OBJECTIONS filed by intervenor Korean Labor Welfare to  decl of Eun Young Jun fld in suppt of KAL's brief re: KLWC's subrogation claims [60-1] (dhl) [Entry date 05/17/01] [2: 98cv6345]

5/16/01   81   OPPOSITION by intervenor Korean Labor Welfare to motion  for summary judgment [68-1] (dhl) [Entry date 05/17/01]  [2: 98cv6345]

5/16/01   82   STATEMENT of genuine issues by intervenor Korean Labor Welfare in suppt of its opp motion for summary judgment [68-1] (dhl) [Entry date 05/17/01] [2:98cv6345]

5/16/01   83   PROOF OF SERVICE by intervenor Korean Labor Welfare on 5/16/01 of Opp to mot to dism re: subrogation, Resp to  KAL's brief re: subrogation claims, Opp to plfs' mot for
summary judgment, and related documents svd on attached svc list by fax. (dhl) [Entry date 05/17/01] [2:98cv6345]

5/16/01   84   OPPOSITION by defendant USA to motion re: subrogation [60-1] (dhl) [Entry date 05/23/01] [2:98cv6345]

5/23/01   85   REPLY by defendant Korean Air Lines Co to response of  KLWC re KLWC claims [60-1] (dhl) [Entry date 05/25/01]   [2: 98cv6345]

5/23/01   86   REPLY by intervenor Korean Labor Welfare to KAL's app to motion re: subrogation [60-1] (dhl) [Entry date 05/25/01] [2: 98cv6345]

5/23/01   87   REPLY by intervenor Korean Labor Welfare to USA'S app to motion re: subrogation [60-1] (dhl) [Entry date 05/25/01] [2: 98cv6345]

5/23/01   88   REPLY brief by intervenor Korean Labor Welfare to pif s'  opp to motion re: subrogation [60-1] (dhl) [Entry date 05/25/01] [2: 98cv6345]

5/23/01   89   Objections by intervenor Korean Labor Welfare to deci of Jungil Lee Esq re motion re: subrogation [60-1] (dhl) [Entry date 05/25/01] [2:98cv6345]

5/23/01   90   DECLARATION of Rebecca N Kaufman by intervenor Korean  Labor Welfare in suppt of KLWC's reply brief re motion re: subrogation [60-1] (dhl) [Entry date 05/25/01] [2:98cv6345]

5/23/01   91   REPLY brief by defendant USA in suppt of its motion to dismiss KLWC'S claims for lack of subject matter jurisdiction [59-1] (dhl) [Entry date 05/25/01] [2: 98cv6345]

5/23/01   93   PROOF OF SERVICE via overning courier by intervenor  Korean Labor Welfare on 5/23/01 of KLWC's rply briefs to  oppositions to KLWC's mat re: subrogation. [Relates to MDL# 12373 (et) [Entry date 06/01/01] [2:98cv6345]

5/23/01   94   MINUTES by Judge Harry L. Hupp: Crt is informed all mots  set for 5/30/01 are settled, therefore, ; pretrial  conference off calendar, taking motion to dismiss KLWC's  claims for lack of subject matter jurisdiction [59-1] off  calendar, taking motion for summary judgment [68-1] off  calendar, taking motion re: subrogation [60-1] off  calendar. CR: n/a. (gk) [Entry date 06/06/01]   [2 98cv6345]

5/25/01   92   NOTICE OF FILING OF DECLARATION of Jungil Lee, Esq. by plaintiff Sun Bun Bang, plaintiff Ho Choul Kang in suppt of their app to KLWC's motion re: subrogation [60-1] [Relates to MDL #1237] (et) [Entry date 05/31/01] [2:98cv6345]

6/6/01   95   PRE-TRIAL CONFERENCE ORDER approved by Judge Harry L. Hupp (re: Mi Ra Kang), re: MDL 1237 (**see ord for info**) (pbap)   [Entry date 06/13/01] [2:98cv6345]

6/6/01   96   MINUTES: ORD that the following cases are transferred to the District of Guam upon the filing of the pretrial conference order and the filing of this minute order: CV 98-6334, CV 98-6337, CV 98-6338, CV 98-6341, CV 98-6342, CV 98-6343, CV 98-6344, CV 98-6345. Upon completion of transfer, counsel may expect a notice from Judge Unpingco in Guam (as to the Guam cases) and the judge assigned in this district (as to the retained crew case) setting up a status conference to set trial dates and other matters. Any fur procedural matters as to the Guam cases and the damage aspects of the retained crew case (motions, stipulations, applications, etc.)
should be set before the judge to whom the case is or will be assigned and not to this court. Case transferred to Dist of: Guam by Judge Harry L. Hupp CR:  Cynthia L. Mizell. (ENT 6/13/01) MD JS 6 mld cpys & ntc (pbap) [Entry date 06/13/01] [2:98cv6345]

6/18/01   --   TRANSMITTAL of documents orig file, cc docket & order to the District of Guam. (pbap) [Entry date 06/18/01]
[2: 98cv6345]


;   [RSN EOD 06/28/2001]